U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2006 AUG 10 PM 4:53
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | MISC. ACTION |
| VERSUS | NUMBER: 93-3241 |
| DUREL MATHERNE | SECTION: "L"(5) |

### O R D E R

The Court, having considered the writ of garnishment, the answer thereto, motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the sum of money held in the trust account of the McKernan Law Firm, representing settlement funds obtained in connection with the state court litigation pertaining to Durel Matherne, is deemed to be subject to a first lien by the McKernan

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Law Firm for fees and expenses incurred in connection with the handling of the matter entitled <u>Matherne, et al. vs. Brooks, et al.</u>, No. 02-2548 on the docket of the Civil District Court for the Parish of Orleans, superior to the liens asserted by the United States of America and the Medical Center of Louisiana.

New Orleans, Louisiana, this 8th day of August, 2006.

                                      UNITED STATES DISTRICT JUDGE